THE PEOPLE OF THE STATE OF NEW YORK ex rel. BROWN-
ING, KING AND COMPANY, Respondent, v. CHARLES B.
STOVER et al., as Commissioners of Parks of the City
of New York, Respondents.

ENGLISH-AMERICAN REALTY COMPANY et al., Appellants.

*People ex rel. Browning, King & Co.* v. *Stover*, 145 App. Div. 259,
affirmed.

(Argued November 21, 1911; decided December 5, 1911.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the first judicial department, entered
July 1, 1911, which reversed an order of Special Term
denying a motion for a peremptory writ of mandamus to
compel defendants to proceed with the removal of incum-
brances on certain streets of the city of New York, con-
sisting of show windows, cornices and stoops attached to
a certain building in said city, and granted said motion.

*Eugene D. Boyer, Charles Strauss* and *Peter Zucker*
for appellants.

*Charles P. Northrop* for relator, respondent.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., HAIGHT, WERNER, WILLARD
BARTLETT, HISCOCK, CHASE and COLLIN, JJ.